**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVSION**

-------------------------------------------------------------------------x

Amir Preisler, individually and on behalf of all others                        Civil Action No:
similarly situated;                                                                            0:20-cv-61046

                                                           Plaintiff,

                 -v.-


        FMA Alliance, Ltd.  and JOHN DOES 1-25,


                                                           Defendant(s).

-------------------------------------------------------------------------x


**NOTICE OF SETTLEMENT**


        Notice is hereby given that the parties have settled this matter.  The parties anticipate

completing settlement documents and filing a dismissal with the Court within the next sixty (60)

days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day

period.


DATED, this 16th day of June, 2020


                                                           */s/Justin E. Zeig*
                                                           Justin E. Zeig, Esq.
                                                           **Zeig Law Firm, LLC**
                                                           3475 Sheridan Street Suite 310
                                                           Hollywood, FL 33021
                                                           Phone: 754-217-3084
                                                           justin@zeiglawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 16, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ Justin E. Zeig*
Justin E. Zeig, Esq.

2