UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61046-CIV-ALTMAN/Hunt

**AMIR PREISLER**,
*individually and on behalf of others similarly situated*,

    *Plaintiff*,

v.

**FMA ALLIANCE, LTD.** and
**JOHN DOES 1-25,**

    *Defendants*.
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Parties Notice of Settlement [ECF No. 4]. The Notice indicates this matter has settled in full. Accordingly, the Court hereby

**ORDERS** that the Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot**. Any pending deadlines and hearings are **TERMINATED**. The parties shall file a stipulation of dismissal within **sixty (60) days** of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of June 2020.

                                                                     _____
                                                                     **ROY K. ALTMAN**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record